United States District Court
For the District of Columbia

Senior U.S. Constable
Christopher S. Johnson
 v.  Petitioner
Washington Department of Corrections
   Respondent

No. 05-1530 UNA
Notice of Appeal
of order transfering
Writ for Protection
and denying motion
for reconsideration"

Comes Now Prose Petitioner and moves this Court to give this his Notice of Appeal of order denying motion for reconsideration of transfer to Western District of Washington.

Petitioner moves in his official capacity Senior U.S. Constable and in Good Faith.

I Certify under my official capacity Senior U.S. Constable and under oath as duly sworn, and Penalty of Perjury the foregoing is true and correct signed and executed this 6th day of October 2005.   X _____

Senior US Constable   Prose
842458
P.O. Box 514
Monroe, WA. 98272

Pg. 1 of 1.