# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT



**No. 05-7145**

**September Term, 2005**

**05cv01530**

**Filed On:**

In Re: Christopher S. Johnson, In Re: Petition of
Emergency Senior U.S. Constable,

      Petitioner



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    OCT 2 6 2005

CLERK

## O R D E R

    Petitioner's recently filed notice of appeal has been transmitted to this court from
the U.S. District Court for the District of Columbia. This notice of appeal is from an
order of the district court transferring petitioner's civil action to another district court.
The only proper means of contesting such a transfer is by the filing, in this court, of a
petition for writ of mandamus. See D.C. Circuit Handbook of Practice and Internal
Procedure 18 (2000). Accordingly, it is

    **ORDERED** that petitioner's notice of appeal be filed herein as a petition for writ
of mandamus. It is

    **FURTHER ORDERED** that petitioner submit a memorandum of law and fact in
support of the petition, not exceeding twenty (20) pages, by November 25, 2005.
Petitioner's failure to submit the memorandum will result in dismissal of the petition.
See D.C. Cir. Rule 38. It is

    **FURTHER ORDERED** that petitioner either pay the $250.00 docketing fee or file
a motion for leave to proceed in forma pauperis with **this court** by November 25, 2005.

    The Clerk is directed to transmit a copy of this order to the district court, as a
request to delay transfer of its case until disposition of the petition by this court, and to
send a copy of this order to petitioner by whatever means necessary to ensure receipt.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY: _Eliza Scott_

                Elizabeth V. Scott
                Deputy Clerk