# United States Court of Appeals
### For The District of Columbia Circuit

No. 05-7145                                                September Term, 2005

05cv01530

Filed On:

In re: Christopher S. Johnson,
      Petitioner

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED APR 1 9 2006

CLERK

**BEFORE:** Sentelle, Rogers, and Griffith, Circuit Judges

## ORDER

Upon consideration of the motion for leave to proceed in forma pauperis; the motion for preliminary injunction; and the petition for writ of mandamus and memorandum of law and fact, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the motion for preliminary injunction be dismissed as moot. Petitioner filed his memorandum of law on February 27, 2006. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. Because a habeas action must be brought in the district with personal jurisdiction over the prisoner's warden, see Stokes v. U.S. Parole Comm'n, 374 F.3d 1235, 1238 (D.C. Cir. 2004), the district court did not abuse its discretion in transferring the case to the jurisdiction in which petitioner is incarcerated, see In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam). Nor is there is any indication the district court "lacked power to order a transfer," failed to follow "procedures appropriate to the case in considering a transfer motion," or considered an "improper factor" in evaluating the transfer motion. See In re Scott, 709 F.2d 717, 719 (D.C. Cir. 1983) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk